**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6633**

---

KELLY NEWBY,

                                    Petitioner - Appellant,

        versus

RONALD ANGELONE,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.  (CA-01-274)

---

Submitted:  July 18, 2002                Decided:  July 24, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kelly Newby, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kelly Newby appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Newby v. Angelone, No. CA-01-274 (E.D. Va. Mar. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2